UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MOHAMMAD MOUSA, ET AL.** | **CASE NO. 6:24-CV-00972** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **D.R. HORTON, INC.—GULF COAST** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Before the Court is Defendant D.R. Horton, Inc.—Gulf Coast's Motion for Application for Stay and to Refer to Arbitration, which was referred to Magistrate Judge David J. Ayo for Report and Recommendation ("R&R"). After an independent review of the record and noting the absence of objections to the R&R,[1] this Court concludes that the Magistrate Judge's R&R is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the Report and Recommendation, the Motion for Application for Stay and to Refer to Arbitration [ECF No. 5] is GRANTED, and the Plaintiffs are ORDERED to submit their claims to mediation, and if their claims are not resolved by mediation, Plaintiffs must submit their claims to binding arbitration, in conformity with Section 15 of the Real Estate Purchase Contract.

IT IS FURTHER ORDERED that this matter is ADMINISTRATIVELY CLOSED. Any party may move to reopen this matter at any time upon a showing of good cause.

---

[1] *See* ECF No. 9.

    IT IS FURTHER ORDERED that on or before September 9, 2025, the parties are to SUBMIT a joint status report to the Court.

    THUS DONE in Chambers on this \_\_\_7th\_\_\_ day of March, 2025.

                                            ROBERT R. SUMMERHAYS
                                        UNITED STATES DISTRICT JUDGE